**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>EX PARTE APPLICATION OF CURRENTA GMBH & CO. OHG FOR AN ORDER TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. 1782 | Misc. Action No. 2:25-MC-27 |

# ORDER

**AND NOW**, this 30th day of September 2026, upon consideration of Currenta GmbH & Co. OHG's ("Currenta") Motion to Compel FMC Corporation's ("FMC") Compliance with Subpoena Issued Pursuant to 28 U.S.C. § 1782 (Doc. No. 13), FMC's Response in Opposition (Doc. No. 20), and Currenta's Reply (Doc. No. 23), and for the reasons discussed in the accompanying memorandum, it is **ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED THAT**:

**Additional Custodians.** Within 30 days of the date of this Order, FMC shall:

(a) Search the custodial files of B.S. and J.C. using the previously agreed search terms during the January 1, 2016 to present timeframe (to include, but not be limited to, a search for all relevant SDS), and produce all non-privileged documents that are responsive to any of Requests Nos. 1-11 of the Subpoena;

(b) Search the custodial file of T.H. using the previously agreed search terms during the January 1, 2019 to December 31, 2021 timeframe, and produce all non-privileged documents that are responsive to any of Requests Nos. 1-11 of the Subpoena; and

(c) Run the standalone search term "RH" across the existing dataset during the January 1, 2019 to December 31, 2021 timeframe and produce all non-privileged documents that are

responsive to any of Requests Nos. 1-11 of the Subpoena.

**Repositories.** Within 30 days of the date of this Order, FMC shall search the following repositories without limitation by existing search terms, and produce all non-privileged documents that are responsive to any of Requests Nos. 1-11 of the Subpoena:

(a) The SDS SharePoint site and/or SAP location for SDS;

(b) The FMCAS.POC.Governance@fmc.com shared mailbox;

(c) The BPM Connect SharePoint database; and

(d) The GPSC SharePoint database.

**Supplemental Searches for Missing Categories.** Within 30 days of the date of this Order, FMC shall:

(a) Perform supplemental searches of the custodial files of B.C, J.A. and C.S., if available (or alternate custodians, if necessary) using the search terms set forth in Appendix A to Currenta's July 30, 2026 letter (attached to Currenta's motion as Ex. 8) for the time period January 1, 2018 to December 31, 2021, and produce all non-privileged documents that are responsive to any of Requests Nos. 1-11 of the Subpoena, including regarding the 2018 RL Incident and the "Lessons Learned" presentation, debrief, and implementation of technical safety measures; and

(b) Produce or identify with specificity any responsive documents regarding waste classification, including internal discussions of the classification of MP-1 residue for transboundary transport, that FMC has located but not produced, and explain with specificity the grounds for any withholding.

**Privilege Log.** Within 30 days of any production required by this Order, FMC shall supplement its privilege log to identify any responsive documents withheld on the basis of

privilege or work-product protection.

**IT IS SO ORDERED**.

***/s/ Karen Spencer Marston***

**KAREN SPENCER MARSTON, J**.